[No. 11604–9–II.  Division Two.  May 30, 1989.]

*In the Matter of the Welfare of* M.O.

Appeal from a judgment of the Superior Court for Pierce County, No. 181269, David H. Johnson, J. Pro Tem., entered March 19, 1987. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich, A.C.J., and Worswick, J.

[No. 22178–7–I.  Division One.  May 30, 1989.]

DON L. MCKEE, ET AL, *Respondents,* v. STEPHEN L. COWAN, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 86–2–02420–2, Joseph A. Thibodeau, J., entered April 5, 1988. *Affirmed* by unpublished opinion per Webster, J., concurred in by Grosse, A.C.J., and Winsor, J.

[No. 22204–0–I.  Division One.  May 30, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. ARDELL JOSHUA SHAW, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87–8–03924–4, Charles V. Johnson, J., entered April 7, 1988. *Dismissed* by unpublished per curiam opinion.

[No. 22572–3–I.  Division One.  May 30, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT L. TOMS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87–1–05314–4, Sharon S. Armstrong, J., entered July 1, 1988. *Dismissed* by unpublished per curiam opinion.